# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WILLIAM BOYD**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:04CR00143-01** |

Jeffrey Staniels, AFD
Defendant's Attorney

## THE DEFENDANT:

[ ]  admitted guilt to violation of charge(s) ___ as alleged in the violation petition filed on ___.

[✔]  was found in violation of conditions of supervision as to charges 1, 2, 3, 4, 5, and 6 after denial of guilt, as alleged in the violation petition filed on 01/23/2008.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on 04/26/2005.

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s)  ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

03/19/2008
Date of Imposition of Sentence

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

04/04/2008
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 2:04CR00143-01 | Judgment - Page 2 of 3 |
| DEFENDANT: | WILLIAM BOYD | |

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Failure to Submit Monthly Supervision Reports | 01/24/2008 |
| Charge 2 | Failure to Participate in Drug Testing Program | 01/24/2008 |
| Charge 3 | Failure to Follow the Instructions of the Probation Officer | 01/24/2008 |
| Charge 4 | Failure to Participate in Substance Abuse Counseling as Directed by the Probation Officer | 01/24/2008 |
| Charge 5 | Failure to Report a Change in Residence | 01/24/2008 |
| Charge 6 | Travel Outside the District Without Prior Approval of the Probation Officer | 01/24/2008 |

CASE NUMBER:        2:04CR00143-01                                    Judgment - Page 3  of  3
DEFENDANT:          WILLIAM BOYD

# IMPRISONMENT

          The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of <u>24 months</u>.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
         [ ] at ____ on ____.
         [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of
         Prisons:
         [ ] before _ on ___.
         [ ] as notified by the United States Marshal.
         [ ] as notified by the Probation or Pretrial Services Officer.
         If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

         Defendant delivered on_____ to _____
___

at _____ , with a certified copy of this judgment.


                                                   _____
                                                            UNITED STATES MARSHAL


                                                   By _____
                                                            Deputy U.S.  Marshal